UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ELVIRA VEKSLER,

                                     Plaintiff,

       -against-

WIPRO, LLC,

                                     Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-6118 (JPO) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on November 30, 2022 for settlement. Dkt. No. 24. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for a settlement conference by **December 5, 2022**. Proposed dates should be in January 2023.

       SO ORDERED.

DATED:    New York, New York
               November 30, 2022

                                                             _____
                                                             JENNIFER E. WILLIS
                                                             United States Magistrate Judge