# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ELVIRA VEKSLER,

                Plaintiff,                22 **CIVIL** 6118 (JPO)

   -against-                             **<u>JUDGMENT</u>**

WIPRO, LLC,

                Defendant.

-----------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 10, 2025, Wipro's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      February 10, 2025

                                                      **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                    **BY:**         *K. Mango*

                                                      **Deputy Clerk**